Richard Miller, et al.
                      Plaintiff,

v.                                                    Case No.: 1:20−cv−06171
                                                           Honorable Joan H. Lefkow

Village of Maywood, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 2, 2021:

      MINUTE entry before the Honorable Joan H. Lefkow: Telephonic status hearing held. The motion to dismiss [17] is denied for the reasons stated on the record. The parties shall file a proposed scheduling order by 3/22/2021. A status hearing is set for 3/24/2021 at 9:30 a.m. Remote access remains the same as in entry [14]. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.