**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Richard Miller, et al.
          Plaintiff,

v.                 Case No.: 1:20−cv−06171
                 Honorable Joan H. Lefkow

Village of Maywood, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 14, 2022:

   MINUTE entry before the Honorable Joan H. Lefkow: Motion to substitute attorney [55] is granted. Attorney Michael J. McGrath is terminated as counsel for defendants. Attorneys Becknek, Culbertson, Jablecki, and Fugere are added. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.